AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
District of Massachusetts

2004 JUL 20 P II: 13

U.S. DISTRICT COURT
DISTRICT OF MASS

DIRECTV, Inc.

V.

Steven Betro

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04 11423 JLT

TO: (Name and address of Defendant)

Steven Betro
1 Leonard Terrace
Foxboro, MA 02035

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

JUL 22 2004

DATE

**Norfolk County Sheriff's Department**    2015 Washington St. • Braintree, MA 02184 • (781) 326-1787
Norfolk, ss.

June 30, 2004

I hereby certify and return that on 6/29/2004 at 10:18 am I served a true and attested copy of the summons, complaint, civil action cover sheet, case cover sheet & corp. disclosure in this action in the following manner: To wit, by delivering in hand to Steven Betro at 1 Leonard Terrace Foxborough, MA 02035. Basic Service Fee ($30.00), Copies-Attestation ($5.00), Conveyance ($4.50), Postage and Handling ($1.00), Travel ($14.08) Total Charges $54.58

_____
Deputy Sheriff

**Deputy Sheriff James E. Riggs**

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date                Signature of Server

                                _____
                                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.