UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Eastern Division)

| | |
|---|---|
| **DIRECTV, Inc.** ) | Case No.: **04 11423-JLT** |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. ) | **WITHOUT PREJUDICE** |
| ) | |
| **Steven Betro** ) | |
| ) | |
| Defendant ) | |

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff discontinues the above-entitled action and dismisses the complaint without prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
DIRECTV, Inc.
By Its Attorney,

7/26/04
Date

John M. McLaughlin
**MCLAUGHLIN SACKS**
31 Trumbull Road
Northampton, MA 01060
Telephone: (413) 586-0865
BBO No. 556328

Page 1

**CERTIFICATE OF SERVICE**

      I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on this 26 day of July, 2004, a copy of the foregoing Notice of Dismissal was mailed first class to:

Attorney Keith Bilezerian
MdDermott Will & Emery
28 State Street
Boston, MA  02109

                                              _____
                                              John M. McLaughlin, Esq.